UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GENE SCHUCHARD,**

      **Plaintiff,**

                            **Case No. 2:21-cv-958**

    v.                        **JUDGE EDMUND A. SARGUS, JR.**
                            **Magistrate Judge Elizabeth P. Deavers**

**DRIVEN VENTURES, LLC,**

      **Defendant.**

## ORDER

This matter is before the Court for consideration of Plaintiff's Motion for Default Judgment against Defendant Driven Ventures, LLC, filed on August 3, 2021.  (ECF No. 13.)  After Plaintiff filed his motion, the Court scheduled a hearing for October 25, 2021 to consider his requested relief.  (ECF No. 16.)  Having conducted said hearing, and for the reasons stated therein, the Court **GRANTS** Plaintiff's Motion for Default Judgment.  (ECF No. 13.)  The Clerk is **DIRECTED** to enter a total judgment of **$87,733.50** against Defendant Driven Ventures, LLC, earmarked as follows:

1.     **Equitable Damages**: Judgment in the amount of $24,000, which represents the back pay owed to, and benefits lost by, Plaintiff during the unemployment period stated in his Motion for Default Judgment.  (ECF No. 13 at PageID #51.)

2.     **Compensatory Damages**: Judgment in the amount $50,000, which represents the "future pecuniary losses" and mental anguish suffered by Plaintiff due to Defendant's termination of his employment.  (*Id.*)

3.     **Attorney's Fees**: Judgment in the amount of $13,331.50, which represents the reasonable attorney's fees Plaintiff incurred to litigate this matter.  (*Id.* at PageID #53.)

4.     **Court Costs**: Judgment in the amount of $402.00, which represents the fixed court costs paid by Plaintiff to bring his cause of action.  (*Id.* at PageID # 54.)

This case is to be closed on the docket of this Court.

**IT IS SO ORDERED.**

**10/26/2021**                              **s/Edmund A. Sargus, Jr.**
**DATE**                                         **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**